# Order

Michigan Supreme Court
Lansing, Michigan

May 1, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137332 & (69)

HASAN M. JAMIL,
       Plaintiff-Appellant,

v

SC: 137332
COA: 281062
Wayne CC: 07-711021-DC

NUSRAT JAHAN,
       Defendant-Appellee.

_____/

On order of the Court, the motion to supplement the record is GRANTED. The application for leave to appeal the August 7, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 1, 2009

_____
Clerk

d0428